**Opinion issued February 4, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-24-00692-CV**
_____

**JUAN DIAZ, Appellant**

**V.**

**1717 NORFOLK, LLC, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-08548**

---

## MEMORANDUM OPINION

Appellant Juan Diaz appeals from a judgment signed on July 12, 2024, granting appellee's plea to the jurisdiction/motion to dismiss. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see*

*also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. Sept. 1, 2024).

The Court issued a notice on October 9, 2024 that the appeal might be subject to appeal unless the filing fee was paid. The Court's notice advised that, unless appellant paid the filing fee by November 8, 2024, the appeal might be dismissed. *See* TEX. R. APP. P. 5 (allowing enforcement of rule requiring payment of fees). No response was received.

The Court also issued a notice on November 13, 2024, advising appellant that the Court might dismiss the appeal for failure to pay or make financial arrangements for the filing of the clerk's record unless appellant submitted written evidence by December 13, 2024 showing that he had paid or made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). No response was received.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(c), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

2